```
-------- FILED    -------- ENTERED
-------- LODGED   -------- RECEIVED
```

## AUG 19 2005 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CORBIS CORPORATION, a Washington corporation,

Plaintiff,

v.

PARKCREST DENTAL GROUP, a Missouri corporation,

Defendant.

## CV05 · 1436 

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

05-CV-01436-CMP

COMES NOW plaintiff Corbis Corporation, by and through its attorneys Dan J. Donlan and Lane Powell PC, and alleges as follows:

### PARTIES

1.      Plaintiff Corbis Corporation ("Corbis") is a Washington corporation with its principal place of business at 710 Second Avenue, Suite 200, Seattle, King County, Washington.

2.      Upon information and belief, defendant Parkcrest Dental Group is a Missouri corporation with its principal place of business at 540 West LaSalle, Springfield, Missouri.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 1
Case No.
118232.0064/1225469.1



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

1

## JURISDICTION AND VENUE

2   3.     This is a civil action seeking damages and injunctive relief for copyright

3   infringement, and DMCA violations.

4   4.     Jurisdiction by the Court over this action is proper pursuant to 28 U.S.C.

5   § 1331 (federal question) and 28 U.S.C. § 1338 (copyright) in that this case involves claims

6   brought under federal copyright law, 17 U.S.C. § 101 *et seq*. Additionally, this Court has

7   diversity jurisdiction over the matter pursuant to 28 U.S.C. § 1332, in that the matter in

8   controversy exceeds $75,000 exclusive of interests and costs, and is between citizens of

9   different states.

10   5.     Venue in the Federal District Court for the Western District of Washington is

11   proper pursuant to 28 U.S.C. §§ 1391(b)(2) and (3).

12

## BACKGROUND

13   6.     Plaintiff Corbis is in the business of licensing photographs and fine art images

14   on behalf of itself and the photographers it represents. Generally, the images in Corbis'

15   collection were taken by professional photographers who earn most or all of their livelihoods

16   from the licensing fees Corbis is able to obtain for their images. Many of the images in

17   Corbis' collection are produced by well-known photographers, and include some of the most

18   recognized images in contemporary society.

19   7.     The images in Corbis' collection are the subject of copyright protection under

20   the laws of the United States, and at considerable expense and effort, Corbis has protected

21   images in its collection by systematically registering the copyrights to the images.

22   8.     Corbis owns and operates a website located at the Internet address

23   www.corbis.com. At Corbis' website, professional and consumer users are able to search

24   hundreds of thousands of images from Corbis' collection and then pay to license the images

25   for personal or commercial use. Visitors to the www.corbis.com site interact with and obtain

26

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 2
Case No.
118232.0064/1225469.1

1  Corbis images from servers that are located in Seattle, Washington.   The www.corbis.com

2  site also prominently displays that Corbis' headquarters are in Seattle, Washington.

3      9.     Upon information and belief defendant Parkcrest Dental Group is a dental

4  practice organized under the laws of the State of Missouri.   At all times relevant hereto,

5  Parkcrest Dental Group owned and operated a website located at the Internet address

6  www.parkcrestdental.com.

7      10.    Upon information and belief, on an as yet unknown date, Parkcrest Dental

8  Group or its agent visited Corbis' website, and without authorization, downloaded or copied

9  several Corbis images that had previously been registered with the United States Copyright

10  Office.    Then   Parkcrest   Dental   Group   uploaded   these   same   images   to   its

11  www.parkcrestdental.com website for display on its website.

12      11.    Attached hereto as Exhibit A are true and correct copies of screen shots taken

13  from the www.parkcrestdental.com website depicting certain infringing images displayed on

14  that website.

15      12.    At all relevant times hereto, defendant Parkcrest Dental Group displayed these

16  Corbis' copyrighted images on its website without license or other authorization.

17      13.    Attached hereto as Exhibit B is a spreadsheet identifying the United States

18  Copyright Office registration certificate numbers for the images displayed on Exhibit A,

19  which evidences that Corbis owns or controls the registered copyrights to the images that

20  were displayed on the www.parkcrestdental.com website.

21      14.    The defendants' unauthorized use of copyright protected images has caused

22  Corbis to suffer damages in Washington.

23      **FIRST CAUSE OF ACTION – COPYRIGHT INFRINGEMENT**

24      15.    Plaintiff Corbis incorporates paragraphs 1 through 14 above, as though fully

25  set forth herein.

26

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 3
Case No.
118232.0064/1225469.1

16.    Corbis holds valid and exclusive registered copyrights to the images that are the subject of this action and that are evidenced by the copyright registration certificates referenced by Exhibit B.

17.    Defendant reproduced, distributed and displayed those images without Corbis' authorization.

18.    The actions and conduct by Defendant as described above infringe upon Corbis' exclusive rights granted under 17 U.S.C. § 106 to display, reproduce and distribute the registered copyrighted works to the public.

19.    Such actions and conduct constitute copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 501.

20.    As a result of the copyright infringement described above, plaintiff Corbis is entitled to relief including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

## SECOND CAUSE OF ACTION – DMCA CLAIM

21.    Plaintiffs incorporate paragraphs 1 through 20 above as fully set forth herein.

22.    All of the images that are the subject of this lawsuit were displayed on the www.corbis.com website with corresponding copyright management information (CMI). Upon information and belief, when defendant Parkcrest Dental Group duplicated and displayed the subject images on its www.parkcrestdental.com website it removed the CMI from the Corbis images.

23.    Such action, as described above, constitutes a violation of the Digital Millenium Copyright Act, 17 U.S.C. § 1202(b).

24.    As a result of the conduct described above, plaintiff is entitled to relief including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 4
Case No.
118232.0064/1225469.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

## PRAYER FOR RELIEF

**WHEREFORE,** plaintiff Corbis prays for the following relief:

1.      On the First Cause of Action, for an award of defendant's profits and for damages in such amount as may be found, or for statutory damages of not less than $750 or more than $30,000 per image pursuant to 17 U.S.C. § 504(c)(1). Alternatively, for an award of up to $150,000 upon a finding of willful infringement pursuant to 17 U.S.C. § 504(c)(2). And for an order permanently enjoining defendant from infringing plaintiff's copyrighted images pursuant to 17 U.S.C. § 502 and for an award of costs and attorneys fees pursuant to 17 U.S.C. § 505;

2.      On the Second Cause of Action, for an award of damages in such amount as may be found, or alternatively statutory damages of up to $25,000 pursuant to 17 U.S.C. §§ 1202 and 1203; and for an order permanently enjoining defendant from displaying Corbis' copyrighted images pursuant to 17 U.S.C. §§ 1203(b);

3.      For prejudgment interest on the amount of the award to plaintiff; and

4.      And for such other and further relief as the Court deems just and proper.


DATED: August 19, 2005.

LANE POWELL PC


By _____
    Dan J. Donlan, WSBA No. 25374
    Attorneys for Plaintiff
    Corbis Corporation


COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 5
Case No.
118232.0064/1225469.1

# EXHIBIT  A



| PE-124-0231 | © Rob Lewine/CORBIS | RM |
| IMAGE URL | http://www.parkcrestdental.com/graphics/homepic.gif |
| Page URL | http://www.parkcrestdental.com/ |



PE-161-0132 | © Michael Keller/CORBIS | RM

| IMAGE URL | http://www.parkcrestdental.com/graphics/promisebanner.gif |
| Page URL | http://www.parkcrestdental.com/ourpromise.htm |

We Promise

To satisfy you in every way we can.

WELCOME

OUR DENTISTS

ABOUT US

CONTACT US

OFFICE HOURS · CONFERENCES · TESTIMONIALS · MAP · LOVE YOUR SMILE · PAYMENT OPTIONS · PRIVACY POLICY

The dentists and staff of Parkcrest Dental Group pledge that we will:

- Always work on the leading edge of dentistry.
- Provide excellent patient care.
- Satisfy you in every way.
- Lead our field in oral hygiene and early detection and treatment of gum disease
- Offer you effective medicines that relieve discomfort during and after treatments.

www.parkcrestdental.com · 417.887.1220 · 800.796.0413 · Fax 417.887.0867
649 West LaSalle · Springfield, MO 56807
©2001 Parkcrest Dental Group. All Rights Reserved



| | |
|---|---|
| **PE-125-0516   © Norbert Schaefer/CORBIS   RM** | |
| **IMAGE URL** | http://www.parkcrestdental.com/graphics/paymentbanner.gif |
| **Page URL** | http://www.parkcrestdental.com/payment.htm |

*The Best Investment*
*you can make in your overall health is dental care.*

Any co pay not covered by insurance is due at the time of service. We are happy to file both primary and secondary insurance forms for you and your family at no cost. You may make balance payments in cash or by check. We also accept Visa, Mastercard and Discover cards.

Don't let worry about payment make you delay needed dental care. We will help you fill out an application in our office for Wells Fargo Financing services, which may cover up to $5,000 in dental fees.

We can also dial the Dental Fee Plan from our office so you can talk with them about financing up to $15,000 in dental fees.

parkcrestdental.com · 417.887.4220 · 800.789.0142   Fax 417.887.0357
640 West LaSalle · Springfield, MO 65807
©2001 Parkcrest Dental Group. All Rights Reserved



| PE-039-0296 | © Ariel Skelley/CORBIS | RM |
| IMAGE URL | http://www.parkcrestdental.com/graphics/oralhealthbanner.gif |
| Page URL | http://www.parkcrestdental.com/yourdental.htm |



PE-343-0120 | © Jose Luis Pelaez, Inc./CORBIS | RM

| IMAGE URL | http://www.parkcrestdental.com/graphics/lovebanner.gif |
|---|---|
| Page URL | http://www.parkcrestdental.com/aboutus.htm |



| PE-343-0120 | © Jose Luis Pelaez, Inc./CORBIS | RM | | |
| --- | --- | --- | --- | --- |
| IMAGE URL | http://www.parkcrestdental.com/graphics/lovebanner.gif |
| Page URL | http://www.parkcrestdental.com/love.htm |

You usually deny yourself for the sake of others. But when it comes to your teeth, you really need to take care of yourself. With healthy teeth not only can you eat better, you'll feel more relaxed and confident around other people. Besides, the condition of your teeth directly affects your overall health.

Proper dental care is one of the best investments you can make in your overall health and well-being. You'll be glad you put your money where your mouth is!



| PE-117-0189 | © Rolf Bruderer/CORBIS | RM |
| IMAGE URL | http://www.parkcrestdental.com/graphics/dentistsbanner.gif |
| Page URL | http://www.parkcrestdental.com/love.htm |

You usually deny yourself for the sake of others. But when it comes to your teeth, you really need to take care of yourself. With healthy teeth not only can you eat better, you'll feel more relaxed and confident around other people. Besides, the condition of your teeth directly affects your overall health.

Proper dental care is one of the best investments you can make in your overall health and well-being. You'll be glad you put your money where your mouth is!



PE-117-0189 | © Rolf Bruderer/CORBIS | RM

| IMAGE URL | http://www.parkcrestdental.com/graphics/dentistsbanner.gif |
|---|---|
| Page URL | http://www.parkcrestdental.com/ourdentists.htm |



PE-121-0247 | © Michael Keller/CORBIS | RM

| IMAGE URL | http://www.parkcrestdental.com/graphics/testimonialbanner.gif |
| Page URL | http://www.parkcrestdental.com/testimonials.htm |



| PE-121-0247 | © Michael Keller/CORBIS | RM |
| --- | --- | --- |
| IMAGE URL | http://www.parkcrestdental.com/graphics/testimonialbanner.gif | |
| Page URL | http://www.parkcrestdental.com/love.htm | |



| | |
|---|---|
| CO-054-0143 | © Jose Luis Pelaez, Inc./CORBIS | RM |
| IMAGE URL | http://www.parkcrestdental.com/graphics/emergencybanner.gif |
| Page URL | http://www.parkcrestdental.com/officehours.htm |



**PE-125-0516  |  © Norbert Schaefer/CORBIS  |  RM**

| IMAGE URL | http://www.parkcrestdental.com/graphics/paymentbanner.gif |
|-----------|-----------------------------------------------------------|
| Page URL  | http://www.parkcrestdental.com/love.htm                   |



| PE-039-0296 | © Ariel Skelley/CORBIS | RM |
| IMAGE URL | http://www.parkcrestdental.com/graphics/oralhealthbanner.gif |
| Page URL | http://www.parkcrestdental.com/love.htm |



**PE-161-0132 | © Michael Keller/CORBIS | RM**

| IMAGE URL | http://www.parkcrestdental.com/graphics/promisebanner.gif |
|---|---|
| Page URL | http://www.parkcrestdental.com/love.htm |

# EXHIBIT  B

| Company Name | Matter ID |
|---|---|
| Parkcrest Dental Group | 14-0627 |

| Corbis ID | Certificate Number | Copyright Date |
|---|---|---|
| PE-124-0231 | VA 1-145-485 | 8/15/2002 |
| PE-161-0132 | VA 1-145-485 | 8/15/2002 |
| PE-125-0516 | VA 1-145-485 | 8/15/2002 |
| PE-039-0296 | VA 1-145-485 | 8/15/2002 |
| PE-343-0120 | VA 1-145-485 | 8/15/2002 |
| PE-117-0189 | VA 1-145-485 | 8/15/2002 |
| PE-121-0247 | VA 1-145-485 | 8/15/2002 |
| CO-054-0143 | VA 1-145-485 | 8/15/2002 |