05-CV-01436-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION,<br><br>                  Plaintiff,<br><br>v.<br><br>PARKCREST DENTAL GROUP, et al.,<br><br>                  Defendants. | No. C05-1436MJP<br><br>ORDER GRANTING DEFENDANT PARKCREST DENTAL GROUP'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

This case comes before the Court on Defendant Parkcrest Dental Group's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 12) and is unopposed by Plaintiff. The Court has reviewed Defendant's Motion and the Declaration of Deanna Ford in support of this Motion. Under Local Civil Rule 7(b)(2), the Court may construe an opposing party's failure to file opposition to a motion as an admission that the motion has merit. Having reviewed the pertinent pleadings and papers in this matter and taking Plaintiff's silence as an admission of the merit of this motion, the Court hereby GRANTS Defendant Parkcrest's motion and DISMISSES Parkcrest Dental Group from this case.

Dated this 7 day of February, 2006.

Marsha J. Pechman
United States District Judge

ORDER - 1